IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEONARD D. ROSS,

    Plaintiff,

v.

DENISE M. MOSS et al.,

    Defendants.
_____/

No. C 05-02606 CRB

**ORDER TO SHOW CAUSE**

    The Court held a Case Management Conference in this matter on October 7, 2005, but neither party appeared. Parties are ORDERED to appear in this Court, either in person or through counsel, on November 4, 2005 at 8:30 am at 450 Golden Gate Avenue, 19th Floor, Courtroom 8. Appropriate action will be taken if parties do not appear.

    **IT IS SO ORDERED.**

Dated: October 24, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2606\Order 4 osc.wpd