United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   LEONARD D. ROSS,                        No. C 05-02606 CRB

12              Plaintiff,                   **ORDER**

13        v.

14   DENISE M. MOSS et al.,

15              Defendant.
                                         /
16

17        Now pending before the Court is a *sua sponte* motion for administrative relief to

18   consider whether this case, Case No. 05-2606, should be related to a subsequently filed case,

19   Case No. 06-6617.

20        The Court finds that the two cases are not related.  Although the two cases ostensibly

21   involve the same Plaintiff and the same Defendant, they do not involve similar claims.  Case

22   No. 05-2606 involved a claim of employment discrimination against the law firm Nixon

23   Peabody.  By contrast, to the extent that its allegations are intelligible, Case No. 06-6617

24   appears to involve a claim of discrimination against two housing agencies, DHS and SFHA.

25   Because the allegations involved in these two cases appear not to overlap at all,

26   notwithstanding their identical captions, the Court hereby DENIES the *sua sponte*

27   administrative motion to relate them.

28        **IT IS SO ORDERED.**

**United States District Court**
For the Northern District of California

1

2    Dated:  December 4, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

G:\CRBALL\2005\2606\Order 5.wpd                    2