1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

LEONARD D. ROSS,

    Plaintiff,

 v.

DENISE M. MOSS et al.,

    Defendant.
_____/

No. C 05-02606 CRB

**ORDER DISMISSING CLAIMS FOR A FAILURE TO PROSECUTE**

17
18
19
20
21
22
23

    On October 7, 2005, the Court held a Case Management Conference in this matter, but neither party appeared. Subsequently, the Court ordered the parties to appear in Court on November 4, 2005, and warned that "[a]ppropriate action will be taken if parties do not appear." Once again, the parties failed to appear; the Court orally entered a dismissal pursuant to Federal Rule of Civil Procedure 41(b), but failed to memorialize the dismissal in writing. This order now serves to formally dismiss the case under Rule 41(b) for failure to prosecute. The plaintiff's claims are DISMISSED WITH PREJUDICE.

24

    **IT IS SO ORDERED.**

25
26

Dated: December 21, 2007

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

27
28